IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY SKOCZALEK | : | CIVIL ACTION |
| v. | : | |
| RAYMOND LAWLER, et al. | : | No. 10-1703 |

**O R D E R**

AND NOW, this 15th day of September, 2010, upon consideration of Petitioner's unopposed motion for a stay of his petition for writ of habeas corpus (Docs. No. 1, 9), IT IS ORDERED that:

1. Petitioner's motion to stay is GRANTED; the petition is STAYED.
2. Petitioner shall notify the Court within thirty (30) days of the conclusion of of the state court proceedings, including any appellate proceedings related thereto.

3. Petitioner's failure to abide by this deadline may result in the stay being vacated *nunc pro tunc*.

3. The clerk of court is directed to place this action in CIVIL SUSPENSE.

                                                                       s/Lowell A. Reed, Jr.
                                                                       LOWELL A. REED, JR., Sr. J.