IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY SKOCZALEK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RAYMOND LAWLER, et al. | : | No. 10-1703 |

## O R D E R

**AND NOW**, this 30th day of January, 2017, **IT IS HEREBY ORDERED** that:

1. Respondents' motion to dismiss (Dkt. # 14) is **GRANTED**.

2. The petition for a writ of *habeas corpus* is **DISMISSED WITH PREJUDICE AND WITHOUT A HEARING**.

3 . A certificate of appealability will not be issued pursuant to 28 U.S.C. § 2253 because Petitioner has failed to make a substantial showing of the denial of a constitutional right.

4. The Clerk of Court is directed to mark this case closed.

BY THE COURT:

/s J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.